Office of Disciplinary Counsel *v.* Richardson.

[Cite as Disciplinary Counsel *v.* Richardson (1986), 21 Ohio St. 3d 54.]

(D.D. No. 85-23—Decided January 8, 1986.)

*Angelo J. Gagliardo,* disciplinary counsel, and *Carl J. Corletzi,* for relator.

*Per Curiam.* Upon a careful review of the entire record, we concur with the findings of the board in all respects.

Therefore, it is the judgment of this court that respondent be suspended from the practice of law for a period of one year.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.